AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

for the

District of Delaware

NOV 1 6 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE

United States of America

v.

LUIS RAÚL CASTRO VALENZUELA, a/k/a CHACHO

Defendant

)
)
)
)
)
)

Case No. CR 20-75-UNA

SEALED

UNSEALED 3/26/21 KJK

RECEIVED NOV 16 2020 BY:

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Luis Raúl Castro Valenzuela, a/k/a "Chacho"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE - Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846);
COUNT TWO - Hostage Taking (18 U.S.C. § 1203); and
COUNT THREE - Kidnapping (18 U.S.C. § 1201).

CERTIFIED:
AS A TRUE COPY:
ATTEST:
JOHN A. CERINO, CLERK
BY
Deputy Clerk 11/16/20.

Date:    11/16/2020

_____
Issuing officer's signature

City and state:    Wilmington, Delaware

Mary Pat Thynge, United States Magistrate Judge
Printed name and title

---

## Return

This warrant was received on *(date)* 11/16/20 , and the person was arrested on *(date)* 8/12/25
at *(city and state)* New York, NY .

Date:    8/12/25

_____
Arresting officer's signature

LISA Norbert, SDUSM
Printed name and title

For Arresting agency